1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11  YOLANDA BUMATAY MULATO, | Case No. 14-cv-00884 NC |
| 12         Plaintiff, | **ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE** |
| 13      v. | |
| 14  WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, a division of | |
| 15  WELLS FARGO BANK, N.A., CORY MOELLER, ANGELA NAIL, LANA | |
| 16  KRAHN, AND KAREN LEE, employees and agents of WELLS FARGO HOME | |
| 17  MORTGAGE ("WELLS FARGO"), | |
| 18         Defendants. | |
| 19 | |

20

21      Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this

22  foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone

23  conference to assess this case's suitability for mediation or a settlement conference.

24  Plaintiff's counsel and counsel for the Wells Fargo Defendants must participate in a

25  telephone conference, to be scheduled by the ADR Unit as soon as possible but no later than

26  May 30, 2014.

27      Plaintiff's counsel and counsel for the Wells Fargo Defendants must be prepared to

28  discuss the following subjects:

Case No. 14-cv-00884 NC
ORDER REFERRING CASE TO ADR
UNIT

1    (1)    Identification and description of claims and alleged defects in loan documents.

2    (2)    Prospects for loan modification.

3    (3)    Prospects for settlement.

4        The parties need not submit written materials to the ADR Unit for the telephone

5    conference.

6        In preparation for the telephone conference, Plaintiff's counsel must do the

7    following:

8    (1)    Review relevant loan documents and investigate the claims to determine

9    whether they have merit.

10    (2)    If Plaintiff is seeking a loan modification to resolve all or some of the claims,

11    Plaintiff must prepare a current, accurate financial statement and gather all of the

12    information and documents customarily needed to support a loan modification request.

13    Further, Plaintiff's counsel must immediately notify counsel for the Wells Fargo

14    Defendants of the request for a loan modification.

15    (3)    Provide counsel for the Wells Fargo Defendants with information necessary to

16    evaluate the prospects for loan modification, in the form of a financial statement, worksheet

17    or application customarily used by financial institutions.

18    (4)    Arrange for Plaintiff to participate in the telephone conference.

19        In preparation for the telephone conference, counsel for the Wells Fargo Defendants

20    must do the following:

21    (1)    If the Wells Fargo Defendants are unable or unwilling to do a loan

22    modification after receiving notice of Plaintiff's request, counsel for the Wells Fargo

23    Defendants must promptly notify Plaintiff's counsel to that effect.

24    (2)    Arrange for a representative of the Wells Fargo Defendants with full

25    settlement authority to participate in the telephone conference.

26    //

27

28

Case No. 14-cv-00884 NC
ORDER REFERRING CASE TO ADR          2
UNIT

1    The ADR Unit will notify the parties of the date and time the telephone conference

2  will be held.  After the telephone conference, the ADR Unit will advise the Court of its

3  recommendation for further ADR proceedings.

4    IT IS SO ORDERED.

5    Date: May 1, 2014

6    Nathanael M. Cousins
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 14-cv-00884 NC
ORDER REFERRING CASE TO ADR            3
UNIT