1  RICHARD A. CANATELLA (SBN 53264)
   Cotter & Del Carlo
2  4610 Mission Street, Fourth Floor
   San Francisco, CA  94112
3  (415) 584-5446
   (415) 584-5447 FAX
4
   DAVID R. OLICK (SBN 72152)
5  3450 Sacramento Street, No. 509
   San Francisco, CA  94118
6  (707) 750-1005
   (925) 401-9419 FAX
7
   Attorneys for Plaintiff Yolanda Bumatay Mulato
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| YOLANDA BUMATAY MULATO, | NO. 3:14-CV-00884 |
| Plaintiff, | ~~PROPOSED~~ ORDER CHANGING TIME |
| v. | Date:<br>Time: |
| WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A., CORY MOELLER, ANGELA NAIL, LANA KRAHN AND KAREN LEE, employees and agents of WELLS FARGO HOME MORTGAGE ("WELLS FARGO"), | Crtrm.: A; 15th Floor<br>Judge: Hon. Nathanael M. Cousins<br><br>Action Filed: February 27, 2014<br>Trial Date: None Set |
| Defendants.<br>_____/ | |

~~PROPOSED~~ ORDER

1  Now before the Court is the Stipulation of Plaintiff Yolanda Bumatay Mulato for an
2  order changing plaintiff's time to respond to the Motion of Wells Fargo to Dismiss the
3  amended complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and
4  the Motion filed by Cory Moeller, Angela Nail, Lana Krahn and Karen Lee for dismissal
5  pursuant to Federal Rule of Civil Procedure 12(b)(2) on the basis that this Court lacks
6  personal jurisdiction over the Employee Defendants.

7  **ACCORDINGLY**, Good cause appearing, the stipulation is approved and time for
8  filing oppositions to the foregoing motions is enlarged from June 16 to June 25, 2014; time
9  to file a reply is enlarged to July 2, 2014, and the hearing now set for July 16, is continued
10 to ~~July 23, 2014~~. August 6, 2014 at 1:00 p.m.

11 Dated: June 9, 2014

12 NATHANAEL M. COUSINS
   United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

~~PROPOSED~~ ORDER                    2