| | |
|---|---|
| 1 | LOCKE LORD LLP |
| | Regina J. McClendon (SBN 184669) |
| 2 | rmcclendon@lockelord.com |
| | Sally W. Mimms (SBN 276093) |
| 3 | smimms@lockelord.com |
| | 44 Montgomery Street, Suite 4100 |
| 4 | San Francisco, CA  94104 |
| | Telephone:    415-318-8810 |
| 5 | Facsimile:    415-676-5816 |

Attorneys for Defendants
WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER WITH WELLS FARGO BANK SOUTHWEST N.A., FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK FSB (sued herein as WELLS FARGO BANK, N.A. and WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A.); CORY MOELLER; ANGELA NAIL; LANA KRAHN; and KAREN LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YOLANDA BUMATAY MULATO, | ) | CASE NO. 3:14-cv-00884-NC |
| | ) | |
| Plaintiff, | ) | Hon. Nathanael Cousins |
| | ) | |
| vs. | ) | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** |
| | ) | **[PROPOSED] ORDER** |
| WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A., CORY MOELLER, ANGELA NAIL, LANA KRAHN, AND KAREN LEE, employees and agents of WELLS FARGO HOME MORTGAGE ("WELLS FARGO"), | ) ) ) ) ) ) ) ) | **[Local Rules 7-12 and 16-2(e)]**  Case Management Conference currently set for: July 30, 2014 at 10:00 a.m. |
| Defendants. | ) ) | |

The parties to this action, Plaintiff Yolanda Bumatay Mulato ("Plaintiff") and defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Cory Moeller, Angela Nail, Lana Krahn, and Karen Lee's (collectively, "Employee Defendants"), hereby jointly stipulate and request, pursuant to Local Rules 7-12 and 16-2(e), that this Court continue the Case Management Conference currently set for July 30, 2014 at 10:00 a.m. to August 6, 2014 at 1:00 p.m. (the date and time Wells Fargo's and the Employee Defendants' motions to dismiss are set to be heard) or such other date and time thereafter that is convenient to the Court, and in support state as follows:

1.      On May 19, 2014, the Court entered an order continuing the initial Case Management Conference in this matter to July 30, 2014 at 10:00 a.m.  Dkt. 36.  The order further stated that a joint case management statement must be filed seven (7) days before that date, July 23, 2014.

2.      Thereafter, on June 6, 2014, the Court entered an order continuing the hearings on Wells Fargo's motion to dismiss the first amended complaint for failure to state a claim (Dkt. 40) and the Employee Defendant's motion to dismiss for lack of personal jurisdiction[1] (Dkt. 42) to August 6, 2014 at 1:00 p.m.  Dkt. 45.

3.      The parties hereby request that the Case Management Conference currently set for July 30, 2014 be continued to August 6, 2014 at 1:00 p.m., to be heard with the motions to dismiss, or such other date and time thereafter that is convenient to the Court.

4.      The parties stipulate to and request this continuance because, until this Court rules on Wells Fargo's and the Employee Defendants' motions to dismiss, it is unclear what claims against what parties will be at issue in this case.  As such, the parties believe that it will better conserve the resources of the parties and the Court if the Case Management Conference is held at the same date and time as the hearings on the motions to dismiss, or at some date and time after the motions are heard.

WHEREFORE, pursuant to Local Rules 7-12 and 16-2(e), the parties jointly request and stipulate that the Case Management Conference currently set for July 30, 2014 be continued to August 6, 2014 at 1:00 p.m. or to some date and time thereafter that is convenient to the Court, with a joint case management statement to be filed seven (7) days before the continued date.

Dated:  July 17, 2014                         Respectfully submitted,

                                              LOCKE LORD LLP

                                              By:    /s/ *Regina J. McClendon*
                                                     Regina J. McClendon

                                              Attorneys for Defendants
                                              WELLS FARGO BANK, N.A., SUCCESSOR BY

---

[1] By submitting this stipulated request, the Employee Defendants do not intend to waive their arguments that the Court lacks personal jurisdiction over them.

MERGER WITH WELLS FARGO BANK SOUTHWEST N.A., FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK FSB; CORY MOELLER; ANGELA NAIL; LANA KRAHN; and KAREN LEE

Dated: July 17, 2014                COTTER & DEL CARLO

By:   */s Richard A. Canatella*
         Richard A. Canatella

Attorneys for Plaintiff
YOLANDA BUMATAY MULATO

## CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

Dated: July 17, 2014                /s/ *Regina J. McClendon*
                                            Regina J. McClendon

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference currently set for July 30, 2014 is continued to August 6, 2014 at 1:00 p.m., with a joint case management statement to be filed seven (7) days before that date.

Dated:    July 22, 2014                    _____
                                            Hon. Nathanael Cousins
                                            United States District Court Judge