RICHARD A. CANATELLA (SBN 53264)
Cotter & Del Carlo
4610 Mission Street, Fourth Floor
San Francisco, CA  94112
(415) 584-5446
(415) 584-5447 FAX

DAVID R. OLICK (SBN 72152)
3450 Sacramento Street, No. 509
San Francisco, CA  94118
(707) 750-1005
(925) 401-9419 FAX

Attorneys for Plaintiff Yolanda Bumatay Mulato

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| YOLANDA BUMATAY MULATO,<br><br>            Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A., CORY MOELLER, ANGELA NAIL, LANA KRAHN AND KAREN LEE, employees and agents of WELLS FARGO HOME MORTGAGE ("WELLS FARGO"),<br><br>            Defendants.<br>_____/ | NO. 3:14-CV-00884<br><br>~~PROPOSED~~ ORDER CHANGING TIME FOR HEARING MOTION TO AMEND AND FILE PROPOSED FIRST AMENDED COMPLAINT<br><br>Date: October 8, 2013<br>Time: 1:00 p.m.<br>Crtrm.: A; 15th Floor<br>Judge: Hon. Nathanael M. Cousins<br><br>Action Filed: February 27, 2014<br>Trial Date: None Set |

Now before the Court is the Stipulation of Plaintiff YOLANDA BUMATAY MULATO and Defendants WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A., CORY MOELLER, ANGELA NAIL, LANA KRAHN AND KAREN LEE, employees and agents of WELLS FARGO HOME MORTGAGE ("WELLS FARGO") that the hearing on plaintiff's motion for leave to amend and file proposed first amended complaint pursuant to Federal Rule of Civil Procedure 15, may be enlarged from October 8, to October 22, 2014, at 1:00 p.m., a date when other motions on

~~PROPOSED~~ ORDER

1  the Court's calendar are to be heard along with the case management conference.

2  **ACCORDINGLY**, Good cause appearing, the stipulation is approved and time for hearing plaintiff's motion for leave to amend and file proposed first amended complaint pursuant to Federal Rule of Civil Procedure 15, may be enlarged from October 8, to October 22, 2014, at 1:00 p.m.

Dated: September 30, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge



~~PROPOSED~~ ORDER                               2