# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA BUMATAY MULATO,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 14-cv-00884 NC<br><br>**ORDER REGARDING *EX PARTE* COMMUNICATIONS** |

The Court has received *ex parte* communications from plaintiff's counsel, Richard A. Canatella regarding a non-scheduling matter. As a general matter, the local rules prohibit *ex parte* communications and provide that "an attorney or party to an action must refrain from making telephone calls or writing letters or sending copies of communications between counsel to the assigned Judge or the Judge's law clerks or otherwise communicating with a Judge or the Judge's staff regarding a pending matter, without prior notice to opposing counsel." Civ. L.R. 11-4(c). This rule is not intended to prohibit communications with a Courtroom Deputy Clerk regarding scheduling. Commentary to Civ. L.R. 11-4(c).

Furthermore, any written request to the Court for an order must be presented by filing a proper motion or stipulation. *See* Civ. L.R. 7-1(a).

Case No. 14-cv-00884 NC
ORDER REGARDING *EX PARTE*
COMMUNICATIONS

The Court therefore strikes the improper communications and orders plaintiff's counsel to cease improper *ex parte* communications with the Court's staff.

IT IS SO ORDERED.

Date: February 25, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-00884 NC
ORDER REGARDING *EX PARTE*
COMMUNICATIONS

2