UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| YOLANDA BUMATAY MULATO, et al., | Case No.14-cv-00884-NC |
|---|---|
| Plaintiffs, | **ORDER REQUIRING PLAINTIFFS TO SUBMIT WORD PROCESSING DOCUMENTS** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | Re: Dkt. Nos. 27, 108 |
| Defendants. | |

The Court orders plaintiffs to submit a word processing version of (1) the First Amended Complaint (Dkt. No. 27); (2) the Second Amended Complaint (Dkt No. 108); and (3) a redline version of the Second Amended Complaint, where changes made from the first to second amended complaints are highlighted or otherwise indicated.  Plaintiffs must submit these documents by May 29, 2015 to the Court's proposed order inbox via email, NCpo@cand.uscourts.gov, and copy opposing counsel on the same email.

**IT IS SO ORDERED.**

Dated:  May 22, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.:14-cv-00884-NC