United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA BUMATAY MULATO, et al., | Case No.14-cv-00884-NC |
| Plaintiffs, | **TENTATIVE RULING ON MOTION TO DISMISS** |
| v. | Re: Dkt. No. 148 |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

The Court has reviewed Wells Fargo's motion to dismiss and tentatively finds that the facts alleged in the second amended complaint, Dkt. No. 148, are not sufficient to state a claim under Federal Rules of Civil Procedure 9(b) and 12(b)(6) on all causes of action. The Court previously dismissed all claims except Mulato's second cause of action under the ECOA, as pled in the first amended complaint, Dkt. No. 27. The parties should be prepared to highlight whether that claim has changed in the second amended complaint.

As to the other causes of action, the Court tentatively finds that the deficiencies outlined in its two prior orders, Dkt. Nos. 106, 139, still exist in the second amended complaint. As with the last complaint, the Court finds that the complaint is burdened with historical discussion and legal argument, but contains few relevant facts. Therefore, at the hearing, the plaintiffs should be prepared to proffer additional facts to demonstrate that amendment would not be futile.

**IT IS SO ORDERED.**

Dated:  October 5, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-00884-NC